■ FRANK MAINETTY, Appellant, v. JOSEPHINE B. MAINETTY, Respondent. — Appeal from so much of an order as denied appellant's motion to further modify a judgment which, *inter alia,* awarded custody of the child of the parties to respondent and directed appellant to pay $150 a week for the child's support, maintenance and education. Appellant sought to reduce such amount. Order insofar as appealed from affirmed, without costs. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur.